IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br> ) <br> Plaintiff(s),  ) <br> ) <br> vs.  ) <br> ) <br> GLADYS HINO, (01)  ) <br> ) <br> Defendant(s).  ) <br> _____  ) | CR 02-00352 DAE |

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
AUG 26 2002
at \_\_ o'clock and \_\_ min. \_\_ M.
WALTER A. Y. H. CHINN, CLERK

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
AUG 24 2007
at \_\_ o'clock and \_\_ min. \_\_ M.
SUE BEITIA, CLERK

## NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by Barry M. Kurren United States Magistrate Judge in the above-entitled case, Passport Number 120578559 issued at HONOLULU, on APRIL 28, 1998 to the above-named defendant, was surrendered to the custody of the Clerk of court on August 26, 2002 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

Date of Birth:     APRIL 20, 1941

Place of Birth:    HAWAII, USA

Dated at Honolulu, Hawaii on August 26, 2002.

WALTER A.Y.H. CHINN, Clerk

By: _____
        Deputy Clerk

---

This will acknowledge receipt of Passport Number previously surrendered to the Court pursuant to a prior Order of Court.

Date: 8/24/07            Signature: Gladys Hino
                                           Owner of Passport